RTS

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS

PENALTY FOR 2015...

PRIVATE USE

**RELEASED**

ZIP 78701 $ 000.27
02 1W
0001401603 OCT 22 2015

10/21/2015
LEONARD, THOMAS                    Tr. Ct. No.                    WR-81,192-02
This is to advise that the Court has denied without written order the motion for leave
to file the original application for writ of habeas corpus.

Abel Acosta, Clerk

Not in custody at this

THOMAS LEONARD    facility

TDC # 1941913

300 S. Jackson St
Waxahachie Tx 75165